NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CORNELL D.M. JUDGE CORNISH,
*Plaintiff-Appellant,*

v.

DAVID J. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, UNITED STATES PATENT AND TRADEMARK OFFICE, HARRY I. MOATZ, DIRECTOR, OFFICE OF ENROLLMENT AND DISCIPLINE, AND WILLIAM J. GRIFFIN, STAFF ATTORNEY, OFFICE OF ENROLLMENT AND DISCIPLINE,
*Defendants-Appellees.*

---

2011-1041

---

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1719, Judge Richard W. Roberts.

---

ON MOTION

---

ORDER

Cornell D.M. Judge Cornish submits a request to add an Index to the Appendix and to substitute pages in the Appellant's corrected opening brief. The court considers whether Cornish's submission should be treated as his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Cornish's February 25, 2011 submission is treated as a reply brief, and is accepted for filing.

(2) A copy of this order shall be transmitted to the merits panel assigned to decide this case.

FOR THE COURT

**MAR 1 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Cornell D.M. Judge Cornish
    Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 1 8 2011**

**JAN HORBALY**
**CLERK**